UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVGENI BASKIN,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, AMERICAN EXPRESS COMPANY, NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>Defendants. | Case No.: 3:20-cv-02406-GPC-BLM<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION EXTENDING TIME FOR DEFENDANT AMERICAN EXPRESS COMPANY TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 12.1** |

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered the Joint Motion and Stipulation Extending Time for Defendant American Express Company to Respond to Complaint Pursuant to Civil Local Rule 12.1, finds that there is good cause to grant the motion.

**IT IS HEREBY ORDERED** that American Express's deadline to respond to the Complaint, by answer, motion, or otherwise, is extended from January 4, 2021, to and including March 4, 2021.

**IT IS SO ORDERED.**

Dated:  January 4, 2021

_____

Hon. Gonzalo P. Curiel
United States District Judge

1

3:20-cv-02406-GPC-BLM